JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARGARET YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IMPERIAL CONVALESCENT HOSPITAL,<br><br>　　　　Defendant. | CASE NO. CV10-363 GAF(AJWx)<br><br>[Case assigned to District Judge Gary A. Feess and Discovery Assigned to Magistrate Judge Andrew J. Wistrich]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Having considered the joint stipulation between the parties Plaintiff MARGARET YOUNG and Defendant, LIFE CARE CENTERS OF AMERICA, INC. dba IMPERIAL CONVALESCENT HOSPITAL (erroneously named and sued herein as "IMPERIAL CONVALESCENT HOSPITAL"), that the above-captioned action be

and is hereby dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure Rule 41 (a)(1)(ii)

IT IS SO ORDERED.

DATED: March 29, 2010

By: *Gary Feess* (signature)
Gary Allen Feess
United States District Judge